IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARISELI GOMEZ (now known as MARISELI GOMEZ BELL), Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK, NATIONAL ASSOCIATION, a national banking association, <br><br> Defendant. | ) <br> ) <br> ) <br> ) 1:12-cv-1274 <br> ) <br> ) Judge Thomas Durkin <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL OF RULE 23 CLASS SETTLEMENT
AND FOR APPROVAL OF FLSA SETTLEMENT**

AND NOW, this 9th day of February, 2016, upon consideration of Class Plaintiff's Unopposed Motion for Preliminary Approval of the Proposed Settlement, the Court hereby grants the Motion and ORDERS as follows:

1. The Parties' Stipulation and Settlement Agreement (which has been filed with the Court) is preliminarily approved as fair, reasonable and adequate.

2. For the purposes of this Order, the following PNC Bank branches are defined as the "26 PNC Branches," all of which are located in Illinois:

   a. Algonquin;

   b. Bloomington (at Market Street & JC Parkway);

   c. Bolingbrook (on Weber Road);

   d. Buffalo Grove;

   e. Carpentersville;

   f. Chicago (at 18th & Clark);

   g. Chicago (at 35th & State);

1

  h. Chicago (at 87th & Cottage Grove);

  i. Chicago (at Broadway & Berwyn);

  j. Chicago (at LaSalle & Kinzie);

  k. Chicago (at Lincoln Park, at Clark & Lincoln);

  l. Chicago (at Madison & Leavitt);

  m. Chicago (at North & Homan);

  n. Chicago (at State & Huron);

  o. Downers Grove (on 75th Street);

  p. Elgin (on Summit Street);

  q. Fox Lake;

  r. Loves Park;

  s. North Aurora;

  t. Orland Park West;

  u. Park Ridge;

  v. Rockford (on Riverside Blvd.);

  w. Schaumburg (on Roselle Road);

  x. West Aurora;

  y. Wheaton-Danada; and

  z. Oak Brook.

3. For settlement purposes only, the following collective action is certified pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement:

> The 583 fulltime, non-exempt employees who worked at any of the 26 PNC Branches from February 22, 2009 through October 13, 2015, and who opt in to this action by filing their written Claim & Consent to Join Settlement form prior to June 3, 2016.

4. For settlement purposes only, the following Settlement Class is provisionally certified pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement:

> The 583 people who:
> (a) Were employed by PNC Bank (or any of its predecessors) on a full-time basis at any point between February 22, 2009 and October 13, 2015 (the "Class Period");
> (b) Were classified by PNC Bank as non-exempt from the overtime laws;
> (c) Worked in one of the 26 PNC Branches during the Class Period.
> A list of those 583 people has been filed with the Court. Specifically excluded from this Class are employees that PNC Bank had classified as exempt and employees working as mortgage loan officers. Also excluded are any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action.

5. Burke Law Offices, LLC, Wexler Wallace LLP, and Shedden Law are appointed as Class Counsel for the Settlement Class, with Wexler Wallace LLP acting as lead Class Counsel.

6. The Court approves KCC Class Action Services, LLC as Claims Administrator.

7. The proposed Notice Regarding Pendency of Class Action, including all exhibits, is approved as modified in Open Court today, and shall be sent out pursuant to the terms of the Stipulation and Settlement Agreement and the schedule set forth below.

8. The Court will conduct a Final Approval Hearing, as scheduled below, to determine the overall fairness of the settlement and to fix the amount of attorneys' fees and costs to Class Counsel and Enhancement Payment to the Class Representative. The Final Approval Hearing may be continued without further notice to Class Members.

9. This Order is not admissible as evidence for any purpose against Defendant in any pending or future litigation. This Order shall not be construed or used as support for conditional

certification or certification of any class or collective action. This Order shall not be construed or used as an admission, concession, or declaration by or against Defendant of any fault, wrongdoing, breach, or liability and Defendant specifically denies any such fault, breach, liability, or wrongdoing. This Order shall not be construed or used as an admission, concession, declaration, or waiver by any party of any arguments, defenses, or claims he, she, or it may have, including, but not limited to, any objections by Defendant to class certification, in the event that the Stipulation and Settlement Agreement is terminated. Moreover, the Stipulation and Settlement Agreement and any proceedings taken pursuant to the Stipulation and Settlement Agreement are for settlement purposes only. Neither the fact of, nor any provision contained in the Stipulation and Settlement Agreement or its exhibits, nor any actions taken thereunder shall be construed as, offered into evidence as, received in evidence as, and/or deemed to be evidence of a presumption, concession, or admission of any kind as to the truth of any fact alleged or validity of any defense that has been, could have been, or in the future might be asserted.

10. The Court hereby sets the following schedule in connection with the Proposed Settlement:

| Date | Event |
|---|---|
| February 12, 2016 | Deadline for parties to provide addresses to Claims Administrator for use in mailing Notice |
| March 4, 2016 | Deadline for Notice to be mailed; Deadline for Defendant to mail any letters required under CAFA |
| June 3, 2016 | Deadline for Class Members to submit (1) any Claim & Consent to Join Settlement forms, (2) any objections to the proposed settlement, or (3) any Opt-Out forms. |

| | |
|---|---|
| June 10, 2016 | Deadline for Class Counsel to Submit any petition for an award of fees or costs in connection with Proposed Settlement |
| June 10, 2016 | Deadline for parties to submit materials in support of any Motion for Final Approval of the Proposed Settlement |
| June 24, 2016 | Deadline for anyone to submit materials (1) in opposition to any Motion for Final Approval of the Proposed Settlement or (2) in opposition to any fee petition |
| July 1, 2016 | Deadline for the submission of reply materials (1) in support of any Motion for Final Approval of the Proposed Settlement or (2) in support of any fee petition |
| July 21, 2016, at 9 a.m. | Final Approval Hearing on Proposed Settlement |

BY THE COURT,

Date: 2/9/16

*Thomas M Durkin*
_____
The Honorable Thomas Durkin
U.S. District Court Judge

5