UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISELI GOMEZ (now known as Mariseli Gomez Bell), Individually, and on Behalf of All Others Similarly Situated,<br>　　　　　　Plaintiff,<br>　　v.<br><br>PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br>　　　　　　Defendant. | )<br>)<br>) 1:12-cv-1274<br>)<br>) Judge Thomas M. Durkin<br>)<br>)<br>)<br>) |

CLASS PLAINTIFF'S MOTION
FOR FINAL APPROVAL OF THE SETTLEMENT

　　Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Class Plaintiff Mariseli Gomez Bell requests that the Court grant Final Approval to the Settlement in this case. Ms. Bell is submitting a Memorandum in Support of this Motion.

June 10, 2016　　　　　　　　　　　　/s/ Thomas A. Doyle

_____

Alexander H. Burke
**BURKE LAW OFFICES LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Tel: (312) 729-5288
Fax: (312) 729-5289
Email: ABurke@BurkeLawLLC.com

James Shedden
**SHEDDEN LAW**
145 Deer Valley Drive
Deer Park, IL 60010
Tel: (847) 540-6757
Tel: (847) 540-6759
Email: jshedden@SheddenLaw.com

Thomas A. Doyle
**WEXLER WALLACE LLP**
55 West Monroe Street, 33rd Floor
Chicago, IL 60603
Tel: (312) 261-6194
Email: tad@wexlerwallace.com

*Attorneys for Plaintiff, Collective Action Members,
and Class Action Members*

**CERTIFICATE OF SERVICE**

I certify that, on June 10, 2016, I caused a copy of the foregoing document to be served on Counsel for PNC Bank via the Court's ECF system (with a courtesy copy by email).

/s/ Thomas A Doyle
_____

Thomas A. Doyle