UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISELI GOMEZ (now known as Mariseli Gomez Bell), Individually, and on Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff,<br>　v.<br>PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br>　　　　　Defendant. | )<br>)<br>) 1:12-cv-1274<br>)<br>) Judge Thomas M. Durkin<br>)<br>)<br>)<br>) |

CLASS COUNSEL'S PETITION FOR
REIMBURSEMENT OF ATTORNEYS' FEES
AND LITIGATION EXPENSES FROM THE SETTLEMENT FUND

Class Counsel hereby petitions the Court for an award of $500,000.00 as their attorneys' fees, and an award of $16,639.15 as reimbursement for their litigation expenses, both to be paid from the Settlement Fund. Class Counsel is submitting a Memorandum in Support of this Petition.

June 10, 2016　　　　　　　　　　　　　/s/ Thomas A. Doyle
　　　　　　　　　　　　　　　　　　　　_____

Alexander H. Burke
**BURKE LAW OFFICES LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Tel: (312) 729-5288
Fax: (312) 729-5289
Email: ABurke@BurkeLawLLC.com

James Shedden
**SHEDDEN LAW**
145 Deer Valley Drive
Deer Park, IL 60010
Tel: (847) 540-6757
Tel: (847) 540-6759
Email: jshedden@SheddenLaw.com

Thomas A. Doyle
**WEXLER WALLACE LLP**
55 West Monroe Street, 33rd Floor
Chicago, IL 60603
Tel: (312) 261-6194
Email: tad@wexlerwallace.com

*Attorneys for Plaintiff, Collective Action Members,
and Class Action Members*