## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mariseli Gomez | ) | Case No: 12 C 1274 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| PNC Bank | ) | |
| | ) | |

### <u>ORDER</u>

   Enter Order on Class Counsel's petition for reimbursement of attorney's fees and litigation expenses from the settlement fund.   Enter Order Granting Final Approval fo Class and Collective Action Settlement.  For settlement purposes the settlement class is certified pursuant to Fed. R. Civ. P. 23. The Court hereby enters Judgment approving the terms of the Settlement.

Date:   7/22/2016                               /s/ Thomas M. Durkin