IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARISELI GOMEZ (now known as MARISELI GOMEZ BELL), Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK, NATIONAL ASSOCIATION, a national banking association, <br><br> Defendant. | 1:12-cv-1274 <br><br> Judge Thomas Durkin |

## ORDER ON
## CLASS COUNSEL'S PETITION FOR REIMBURSEMENT
## OF ATTORNEYS' FEES AND LITIGATION EXPENSES
## FROM THE SETTLEMENT FUND

And now, upon consideration of the Class Counsel's Petition For Reimbursement Of Attorneys' Fees And Litigation Expenses From The Settlement Fund, and with no person filing an opposition to the Petition, the Court hereby grants the Petition in part and Orders as follows:

1. Class Counsel is awarded $458,435.85 from the Settlement Fund as their attorneys' fees; and

2. Class Counsel is awarded $16,639.15 from the Settlement Fund as reimbursement of Litigation Expenses.

BY THE COURT,

Date: 7/22/16

The Honorable Thomas Durkin
U.S. District Court Judge